NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH ALLEN MAYS, DC #C12418,    )
    )
        Appellant,    )
    )
v.    )
    )    Case No. 2D18-2619
STATE OF FLORIDA,    )
    )
        Appellee.    )
_____)

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Jean-Jacques A. Darius, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.